UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

DEC 8 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

      Plaintiff-Appellee,

v.

VAGAN DOBADZHYAN,

      Defendant-Appellant.

No.   16-50336

D.C. No.
2:12-cr-00446-BRO-1
Central District of California,
Los Angeles

ORDER

The mandate issued on December 6, 2017 is recalled as issued in error. Submission is withdrawn and the memorandum disposition issued on November 14, 2017 is vacated. This matter will be resubmitted in due course.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Molly C. Dwyer
Deputy Clerk
Ninth Circuit Rule 27-7